United States District Court
Southern District of Texas
**ENTERED**
November 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE JUNEAU GROUP LLC, | § § | CIVIL ACTION NO 4:24-cv-02856 |
| Plaintiff, | § § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| VENDERA MANAGEMENT HOLDINGS LLC, *et al*, | § § § § | |
| Defendants. | § | |

## ORDER

The motion for summary judgment by Defendant Vendera Management Holdings, LLC, is DENIED WITHOUT PREJUDICE. Dkt 9.

An amended complaint has since been filed. Dkt 15. Defendant may bring further motion at an appropriate time, if desired.

SO ORDERED.

Signed on  November 15, 2024 , at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge