United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE JUNEAU GROUP LLC, | § § | CIVIL ACTION NO 4:24-cv-02856 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| VENDERA MANAGEMENT HOLDINGS LLC, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

Pending is a letter by Plaintiff The Juneau Group LLC and response letters from Defendants BOKF, NA, Vendera Management Holdings, LLC, and VR4-Moria, LP. The parties disagree on whether the deposition of Jacob Juneau will proceed on January 17th or March 17th of this year.

It is ORDERED that the deposition must occur by February 17th of this year.

SO ORDERED.

Signed on January 10, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge